### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TERRANCE DEAN BOHANNON, | ) | CASE NO: 3:17-bk-02303 |
| | ) | CHAPTER 13 |
| Debtor. | ) | JUDGE RANDAL S. MASHBURN |

### ORDER SETTING EXPEDITED HEARING

It appears to the United States Bankruptcy Court for the Middle District of Tennessee that adequate grounds exist to set a hearing on the Debtors' Motion to Utilize Insurance Proceeds to purchase substitute collateral and to require lienholder to release lien on title.

**IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the hearing is set for the _____ day of _____ 2020 at _____ a.m. in Courtroom _____ Second Floor, United States Bankruptcy Court for the Middle District of Tennessee, Customs House, 701 Broadway, Nashville, Tennessee 37203. Debtors' counsel shall provide notice to all parties.

**IT IS SO ORDERED**.

Approved for entry:

*/s/ L.G. Burnett, Jr.*
L.G. Burnett, Jr., TN Bar# 6463
*Attorney for Debtor*
Long, Burnett & Johnson, PLLC
302 42nd Avenue North
Nashville, TN 37209
T: 615-386-0075
F: 615-864-8419
Email: ecfmail@tennessee-bankruptcy.com